ACCEPTED
04-15-00555-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 7:51:52 PM
KEITH HOTTLE
CLERK

No. 04-15-00555-CV

In the
Fourth Court of Appeals
at San Antonio

_____

Shirley Hale Mathis,
permanent guardian of the estate of Carlos Y. Benavides Jr.,
Appellant,

vs.

Leticia R. Benavides,
Appellee.

_____

From the 49th District Court of Webb County
Cause No. 2012-CVQ-000161-D3A & 2015-CVQ-003089-D1

---

Appellant's Emergency Motion to Stop
Imminent Release of Supersedeas Deposit

---

Baldemar Garcia Jr.
State Bar No. 00790740
PWBM, LLP
602 East Calton Road, 2nd Floor (78041)
P. O. Drawer 6668 (78042)
Laredo, Texas
voice 956.727.4441
facsimile 956.727.2696
counsel for appellant Shirley Hale Mathis,
permanent guardian of the estate of Carlos Y. Benavides Jr.

No. 04-15-00555-CV

Shirley Hale Mathis,
permanent guardian of the estate of Carlos Y. Benavides Jr.,
Appellant,

vs.

Leticia R. Benavides,
Appellee.

---

## Appellant's Emergency Motion to Stop Imminent Release of Supersedeas Deposit

---

To the Honorable Fourth Court of Appeals:

Now Comes movant/appellant Shirley Hale Mathis, as the permanent guardian of the estate of Carlos Y. Benavides Jr., and files this emergency motion to stop imminent release of supersedeas deposit per Texas Rule of Appellate Procedure 24.4, and in support thereof, would respectfully show unto the Appellate Court as follows, to-wit:

1.      At 4:49 p.m. today (November 17, 2015), counsel for appellant Shirley Hale Mathis received by facsimile the trial court's "Orders on Supersedeas Bond."[1] This order requires the Webb County District Clerk (Esther Degollado) to "forthwith deliver" to appellee Leticia R. Benavides $171,328.00 previously deposited by appellant Shirley[2] to supersede the monetary portion

---

[1] Attached as exhibit "A" and adopted by reference. TEX. R. CIV. P. 58, 59.
[2] Attached as exhibit "B" and adopted by reference is "Shirley Hale Mathis's Notice of Filing Deposit in Lieu of Supersedeas Bond."

of the trial court's summary judgment[3] dated August 20, 2015 that is the basis of this Appeal.

2.     In its November 17, 2015 order, the trial court has ruled that appellant Shirley is not entitled to supersede the August 20, 2015 summary judgment. The trial court has also not required security from judgment creditor Leticia. TEX. R. APP. P. 24.2

3.     If the Webb County District Clerk "forthwith delivers" the supersedeas deposit directly to appellee Leticia without any corresponding security from her, the status quo will be irreversibly altered and appellant Shirley's right to appeal will be lost as to the monetary portion of the trial court's August 20, 2015 summary judgment.

4.     Appellant/judgment debtor Shirley respectfully moves this Appellate Court to invoke its jurisdiction and review the trial court's "determination whether to permit suspension of enforcement." TEX. R. APP. P. 24.4(a)(4). Shirley also moves for associated temporary orders to preserve her rights to question in this Appellate Court the denial of supersedeas and granting of summary judgment by the trial court. TEX. R. APP. P. 24.4(c). The requested temporary orders from this Appellate Court would instruct Webb County District Clerk Esther Degollado to retain and safeguard all supersedeas funds deposited with her by appellant Shirley until further orders from this Court.

5.     Counsel for appellant Shirley has advised counsel for appellee Leticia and the trial court of the filing of this emergency motion seeking temporary

---

[3] Attached as exhibit "C" and adopted by reference is "Order Granting Partial Summary Judgment [on breach of contract and declaratory judgment claims] Against Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides Jr."

orders. Shirley's counsel is available for a telephonic hearing anytime tomorrow (Wednesday 11/18/2015), the next day (Thursday 11/19/2015), and the following week if necessary.

6.      Wherefore, Premises Considered, counsel for appellant/movant Shirley Hale Mathis respectfully request this Honorable Court to immediately consider this emergency motion to stop imminent release of supersedeas deposit, and for associated temporary orders.

Respectfully submitted,


/s/*Baldemar Garcia Jr.*
Baldemar Garcia Jr.
State Bar No. 00790740
Attorney in charge for appellant Shirley Hale Mathis,
permanent guardian of the estate of Carlos Y. Benavides Jr.
PWBM, LLP
602 East Calton Road, 2nd Floor (78041)
P. O. Drawer 6668 (78042-6668)
Laredo, Texas
voice 956.727.4441
facsimile 956.727.2696

Certificate of service

Appellant's emergency motion to stop imminent release of supersedeas deposit was served by e-mail, facsimile, or certified mail, return receipt requested, on all counsel of record on November 17, 2015. TEX. R. APP. P. 9.5.

Carlos M. Zaffirini
Guadalupe Castillo
Zaffirini & Castillo
1407 Washington Street
P. O. Box 627
Laredo, Texas 78042-9526
facsimile 956.727.4448
counsel for appellant Leticia R. Benavides

Shirley Hale Mathis
Shirley Hale Mathis, P.C.
809 Victoria Street
Laredo, Texas 78040
facsimile 956.725.6546
permanent guardian of the estate of C.Y. Benavides Jr.

Fernando A. Sanchez Jr.
401 E. Hillside Road
Laredo, Texas 78041
facsimile 956.725.4594
fslawoffice96@gmail.com
co-trial counsel for Shirley Hale Mathis

Jesse Guillen
Guillen & Gonzalez, PC
1202 Corpus Christi
Laredo, Texas 78041
facsimile 956.791.9502
attorney ad litem for C. Y. Benavides Jr.

Adriana Benavides Maddox
Edward F. Maddox
Benavides Maddox, PC
1015 Scott Street
Laredo, Texas 78040
facsimile 956.791.3010
adriana@benmadlaw.com

(counsel for Linda Christina Benavides Alexander, Guillermo Benavides, Ranch Viejo Cattle Company, Ltd., Benavides Management, LLC)

/s/*Baldemar Garcia Jr.*
Baldemar Garcia Jr.





# Joe Lopez
## State Judge
## 49th Judicial District of Texas
## Webb County

---

## FACSIMILE TRANSMITTAL SHEET

**TO:**

Adriana Maddox
Baldemar Garcia, Jr.
Carlos M. Zaffirini

Maria R. Ramirez

| DATE: | SENDER'S DIRECT DIAL NUMBER: |
|---|---|
| 11/17/15 | (956) 523-4238 |

**FAXES:**                                      PAGES 7

791-3010
727-2696
727-4448

Re:    2015CVQ003089-D1 TEXAS COMMUNITY BANK VS. SHIRLEY HALE MATHIS ET. AL.

## CAUSE NUMBER 2015CVQ003089-D1

| | | |
|---|---|---|
| LETICIA R. BENAVIDES | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| vs. | § | |
| | § | |
| SHIRLEY HALE MATHIS, PERMANENT | § | 49TH JUDICIAL DISTRICT |
| GUARDIAN OF THE ESTATE OF | § | |
| CARLOS Y. BENAVIDES, JR. IN | § | |
| CAUSE NUMBER 2011PB6000081-L2 | § | WEBB COUNTY, TEXAS |

## CAUSE NUMBER 2012CVQ-000161-D3

| | | |
|---|---|---|
| TEXAS COMMUNITY BANK, N.A. | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| vs. | § | |
| | § | |
| SHIRLEY HALE MATHIS, | § | 341ST JUDICIAL DISTRICT |
| TEMPORARY GUARDIAN OF | § | (Transferred to 49th District Court) |
| CARLOS Y. BENAVIDES, JR. IN | § | |
| CAUSE NO. 2011-PB6-00008-L2, AND | § | |
| LETICIA R. BENAVIDES | § | |
| Defendants | § | WEBB COUNTY, TEXAS |

| | | |
|---|---|---|
| LETICIA R. BENAVIDES | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| vs. | § | |
| | § | |
| SHIRLEY HALE MATHIS, TEMPORARY | § | 49TH JUDICIAL DISTRICT |
| GUARDIAN OF CARLOS Y. | § | |
| BENAVIDES, JR. IN CAUSE NUMBER | § | |
| 2011PB6000081-L2 (NOW PERMANENT | § | |
| GUARDIAN OF ESTATE); BBVA | § | |
| COMPASS BANK; MERRILL LYNCH, | § | |
| PIERCE, FENNER & SMITH, INC; | § | |
| CRISTINA B. ALEXANDER, AS THE | § | |
| PERMANENT GUARDIAN OF THE | § | |
| PERSON OF CARLOS Y. BENAVIDES, | § | |

1

| | |
|---|---|
| JR. IN CAUSE NO. 2011-PB6-00008-L2; | § |
| CARLOS Y. BENAVIDES,III, TOMAS | § |
| BENAVIDES AND ANA B. GALO, AS | § |
| CO-TRUSTEES OF THE BENAVIDES | § |
| FAMILY MINERAL TRUST; | § |
| RANCHO VIEJO CATTLE, LTD; | § |
| BENAVIDES MANAGEMENT, LLC; | § |
| AND CRISTINA B. ALEXANDER AND | § |
| GUILLERMO BENAVIDES, THE | § |
| MANAGERS OF BENAVIDES | § |
| MANAGEMENT, LLC | § |
| Defendants | §    WEBB COUNTY, TEXAS |

## ORDERS ON SUPERSEDEAS BOND

On November 5, 2015, the Court heard the following matters: (1) Shirley Hale Mathis's Petition for Injunctive Relief and Motion to Quash Writ of Execution, and (2) Plaintiff's, Leticia R. Benavides, Motion to Strike Shirley Hale Mathis's Notice of Filing Deposit in Lieu of Supersedeas Bond. Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides, Jr. ("Mathis") appeared in person and by and through her attorneys of record and announced ready. Leticia R. Benavides ("Mrs. Benavides") appeared in person and by and though her attorneys of record and announced ready. The Court, having first considered the respective parties' pleadings, the motions and the responses, the evidence, and the argument and authorities submitted by the parties, enters the following orders:

**IT IS ORDERED, ADJUDGED AND DECREED, AND THE COURT DECLARES AS FOLLOWS:**

A.     That the matters made the basis of these motions arise out of and concern Plaintiff's attempt to enforce the Order Granting Partial Summary Judgment [On Breach of Contract and Declaratory Judgment Claims] Against Shirley Hale Mathis, Permanent Guardian

of the Estate of Carlos Y. Benavides, Jr., signed on August 20, 2015,("the Judgment") in the above referenced Cause No. 2012CVQ000161-D3[1], wherein this Court found, in pertinent part, as follows:

(1) that Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides, Jr., agreed to pay Leticia R. Benavides temporary spousal maintenance in Cause Number 2012CVG001995-C1 in the County Court at Law Number 2 of Webb County, Texas entitled *In the Matter of the Marriage of Carlos Y. Benavides, Jr. and Leticia R. Benavides* ("the divorce action");

(2) that Mathis' agreement to pay temporary spousal maintenance is a Rule 11, T.R.C.P., agreement embodied in a document entitled "Temporary Orders" of September 3, 2013, in the divorce action, which Mathis approved and consented to as to form and substance;

(3) that Mathis agreed to pay Leticia R. Benavides, the sum of $12,500.00 per month beginning no later than July 11, 2013 and every 1st of the month thereafter until 30 days after a divorce decree is signed, or 30 days after an appeal is perfected, whichever is later; and, thereafter, the temporary order shall be governed by §6.709 of the Texas Family Code;

(4) that payments were made by Mathis through February, 2014;

(5) that Mathis, without order of any court, unilaterally stopped the payments on March 1, 2014;

(6) that Mathis has not paid Leticia R. Benavides the agreed temporary spousal maintenance payments of $12,500.00 per month for the months of March, 2014 through March, 2015, which payments total $162,500.00 and is now due and owing;

---

[1] The Cause was severed and assigned Cause Number 2012CVQ000161-D3A for purpose of appeal. For purpose of post-judgment enforcement and in particular with Plaintiff's request for the issuance of a writ of execution, the cause was assigned Cause Number 2015CVQ003089-D1.

3

(7) that a divorce decree has not been signed nor has an appeal been perfected in the divorce action;

(8) that Mathis' agreement to pay temporary spousal maintenance is a contractual agreement for spousal maintenance and does not manifest an intent that Mathis' obligation be governed by Chapter 6 or Chapter 8 of the Texas Family Code;

(9) that no evidentiary hearing pursuant to Chapter 8 of the Texas Family Code was requested by Mathis nor was an evidentiary hearing conducted by the trial court on its own;

(10) that the agreement is not court-ordered spousal maintenance governed by Chapter 6 or 8 of the Family Code because, in particular, there is no indication in the record that the trial court considered *all* of the statutory factors in determining maintenance, it fails to set forth any of the criteria of Chapter 8, it fails to reference Chapter 8 of the Family Code, and it fails to follow that chapter's guidelines with respect to the amount of maintenance and the duration of the maintenance payments;

(11) that the agreement of the parties is the sort of contractual maintenance obligation that is permitted outside of the context of Chapter 8 and is not a legal duty arising under Chapter 8 of the Family Code;

(12) that Leticia R. Benavides is entitled to the payment by Mathis of agreed temporary spousal maintenance in the amount of $12,500.00 per month from March 1, 2014, when Mathis stopped payment and every 1st of each month thereafter until 30 days after a divorce decree is signed, or 30 days after an appeal is perfected, whichever is later and, thereafter, the temporary orders shall be governed by §6.709 of the Texas Family Code; and

(13) that Leticia R. Benavides is entitled to injunctive relief, immediately enjoining Mathis from refusing to pay the agreed temporary spousal maintenance in the amount of

$12,500.00 per month every 1st of each month until 30 days after a divorce decree is signed, or 30 days after an appeal is perfected, whichever is later, and, thereafter, that the temporary order shall be governed by §6.709 of the Texas Family Code.

A copy of the Order Granting Partial Summary Judgment is attached as Exhibit "1" and by reference made a part hereof as if fully set forth at length.

B.      That on September 23, 2015, the Webb County District Clerk issued a Writ of Execution, which Writ was served on Mathis on September 24, 2015.

C.      That on September 30, 2015, Mathis filed her Petition for Injunctive Relief and Motion to Quash Writ of Execution.

D.      That on October 6, 2015, Mathis filed a Notice of Filing Deposit in Lieu of Supersedeas Bond. On this day, Mathis deposited with the trial court clerk cash in the amount of $171,328.00, representing $162,500.00 as specified in the August 20, 2015 order, plus $703.00 in court costs as specified in the associated writ of execution, and $8,125.00 constituting simple interest for one year, to prevent or stop any attempt by Mrs. Benavides to collect or enforce the judgment.

E.      That the "Temporary Orders" of September 3, 2013, in the divorce action, which provides for temporary contractual spousal maintenance, and which Mathis approved and consented to as to form and substance, remain as the standing orders in the divorce action and have not been set altered, amended, modified and/or superseded in any form or fashion.

F.      That Mathis is not entitled to file a supersedeas bond to prevent or stop any attempt by Mrs. Leticia R. Benavides to collect or enforce the Judgment of August 20, 2015, because the Judgment is for agreed temporary spousal maintenance, spousal necessaries, without

5

which Leticia R. Benavides will be without funds to support and maintain herself pending appeal.

The Court having made the foregoing declarations, concludes as follows:

1.     It has long been the rule in this state that an order fixing temporary alimony is interlocutory and cannot be superseded on appeal. An appeal from a divorce judgment even though a supersedeas bond is filed does not supersede the child support or temporary alimony provisions of the judgment. *Clay v. Clay*, 550 S.W.2d 730 (Tex. App—Houston [1st Dist.] 1977, no writ), citing *Ex parte Kollenborn*, 269 S.W.2d 339 (Tex. 1954).

2.     The filing of the bond does not supersede an order fixing temporary support pending appeal, *Whitt v. Whitt*, 684 S.W. 2d 731 (Tex. App—Houston [14th Dist.] 1984, no writ), citing *Ex parte Kollenborn*, 269 S.W.2d 339 (Tex. 1954) and *Clay v. Clay*, 550 S.W.2d 730, 735 (Tex. Civ. App. – Houston [1st Dist.] 1977, no writ)

**IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED** that Plaintiff's, Leticia R. Benavides, Motion to Strike Shirley Hale Mathis's Notice of Filing Deposit in Lieu of Supersedeas Bond is hereby **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Shirley Hale Mathis's Petition for Injunctive Relief and Motion to Quash Writ of Execution is hereby **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the District Clerk of Webb County, Texas, as custodian of the cash deposit in lieu of filing of a supersedeas bond deposited by Mathis on October 6, 2015, arrange to forthwith deliver the cash deposit to Mrs. Leticia R. Benavides, to satisfy, in part, the Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Mathis comply with that part of the Judgment that provides injunctive relief for Mrs. Benavides, and which expressly prohibits, restrains and enjoins Mathis from refusing to timely pay Leticia R. Benavides the agreed temporary spousal maintenance in the amount of $12,500.00 per month every 1st of each month until 30 days after a divorce decree is signed, or 30 days after an appeal is perfected, whichever is later, and, thereafter, that the temporary order shall be governed by §6.709 of the Texas Family Code. Compliance with that part of the Judgment is also ordered for the period of April 1, 2015, through the signing of this Order, when the monthly payments were due, and are due.

Signed on __Nov 17__, 2015.

HON. JOSE A. LOPEZ
Presiding Judge
49th District Court
Webb County, Texas

**PREPARED AND SUBMITTED,
AND ENTRY REQUESTED BY:**

**ZAFFIRINI AND CASTILLO**
Carlos M. Zaffirini, Sr.
Guadalupe Castillo
1407 Washington Street
Laredo, Texas 78040
Telephone: (956) 724-8355
Facsimile: (956) 727-4448
*Attorneys for Plaintiff, Leticia R. Benavides*

7

Cause No. 2015-CVQ-003089-D1

| Texas Community Bank, N.A., | § | In the District Court |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| vs. | § | 49th District Court |
| | § | |
| Shirley Hale Mathis, as temporary guardian | § | |
| of Carlos Y. Benavides, Jr., and Leticia R. | § | |
| Benavides, | § | |
| Defendants. | § | Webb County, Texas |

| Leticia R. Benavides, | § | In the District Court |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| vs. | § | 49th Judicial District |
| | § | |
| Shirley Hale Mathis, permanent guardian of the | § | |
| estate of Carlos Y. Benavides Jr., BBVA Compass | § | |
| Bank, Merrill Lynch, Pierce, Fenner & Smith, Inc., | § | |
| Christina B. Alexander, as permanent guardian of | § | |
| the person of Carlos Y. Benavides Jr., Tomas | § | |
| Benavides, Ana B. Galo, and Carlos Y. Benavides | § | |
| III as co-trustees of the Benavides Family | § | |
| Mineral Trust, Ranch Viejo Cattle Ltd., | § | |
| Benavides Management, LLC, and | § | |
| Christina B. Alexander and Guillermo Benavides, | § | |
| managers of Benavides Management, LLC, | § | |
| Defendants. | § | Webb County, Texas |

# Shirley Hale Mathis's Notice of Filing Deposit
## in Lieu of Supersedeas Bond

Shirley Hale Mathis, defendant/cross-defendant/cross-plaintiff, files this notice of filing of

deposit in lieu of supersedeas bond as follows:

1.     On August 20, 2015, the 49th District Court signed an "order granting partial summary judgment [on breach of contract and declaratory judgment claims] against Shirley Hale Mathis, permanent guardian of the estate of Carlos Y. Benavides Jr." in favor of defendant/cross-plaintiff/cross-defendant Leticia R. Benavides in Cause No. 2012-CVQ-000161-D1, which was severed and assigned the above cause number. On September 23, 2015 the Webb County District Clerk issued a writ of execution for $162,500.00, which was the amount of damages awarded in the August 20, 2015 order, plus $703.00 in court costs.

2.     On September 4, 2015, Shirley Hale Mathis filed a notice of appeal and intends to appeal to the Fourth Court of Appeals and, if necessary, will appeal to the Texas Supreme Court, and seeks to suspend enforcement of the order during appeal.

3.     On this day Shirley Hale Mathis, judgment debtor, pursuant to Texas Rule of Appellate Procedure 24.1(a)(3), has deposited with the trial court clerk cash in the amount of $171,328.00, representing $162,500.00 as specified in the August 20, 2015 order, plus $703.00 in court costs as specified in the associated writ of execution, and $8,125.00 constituting simple interest at the post-judgment rate of 5% for one year ($162,500.00 x .05). This deposit is made in lieu of filing a supersedeas bond and for the specific purpose of suspending enforcement of said judgment and for securing a writ of supersedeas, if necessary, to prevent or stop any attempt by judgment creditor Leticia R. Benavides to collect or enforce the judgment.

4.     The deposit was made in the form of a check drawn on the account of Shirley Hale Mathis, permanent guardian of the estate of Carlos Y. Benavides Jr.

Respectfully submitted,

/s/ *Baldemar Garcia Jr.*

Baldemar Garcia Jr.
State Bar No. 00790740
Attorney in charge for Shirley Hale Mathis,
permanent guardian of the estate of Carlos Y. Benavides Jr.
PWBM, LLP
602 East Calton Road, 2nd Floor (78041)
P. O. Drawer 6668 (78042-6668)
Laredo, Texas
voice 956.727.4441
facsimile 956.727.2696
bgarcia@personwhitworth.com

Certificate of service

Shirley Hale Mathis's notice of filing deposit in lieu of supersedeas bond was served by e-mail notification, facsimile, or certified mail, return receipt requested, on all counsel of record on October 6, 2015. TEX. R. CIV. P. 21, 21a.

Shirley Hale Mathis
Shirley Hale Mathis, P.C.
809 Victoria Street
Laredo, Texas 78040
facsimile 956.725.6546
shirley@shirleymathis.com

(permanent guardian of the estate of C.Y. Benavides Jr.)

Fernando A. Sanchez Jr.
401 E. Hillside Road
Laredo, Texas 78041
facsimile 956.725.4594
fslawoffice96@gmail.com

(co-counsel for Shirley Hale Mathis)

Adriana Benavides Maddox
Edward F. Maddox
Benavides Maddox, PC
1015 Scott Street
Laredo, Texas 78040
facsimile 956.791.3010
adriana@benmadlaw.com

(counsel for Linda Christina Benavides Alexander, Guillermo Benavides, Ranch Viejo Cattle Company, Ltd., Benavides Management, LLC)

Carlos Zaffirini
Guadalupe Castillo
Zaffirini & Castillo
1407 Washington Street
P. O. Box 627
Laredo, Texas 78042-9526
facsimile 956.727.4448
cmz@zaffirini.com

(counsel for plaintiff Leticia R. Benavides)

/s/ *Baldemar Garcia Jr.*
Baldemar Garcia Jr.

**Adriana Bernal**

**From:** No-Reply@eFileTexas.gov
**Sent:** Tuesday, October 06, 2015 12:46 PM
**To:** Adriana Bernal
**Subject:** eFileTexas.gov – Notification of Service - 7248717



# Notification of Service
### Envelope Number: **7248717**

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 2015CVQ003089D1 |
| **Case Style** | |
| **Date/Time Submitted** | 10/6/2015 12:45:00 PM |
| **Filing Type** | Notice |
| **Filed By** | Baldemar Garcia |
| **Service Contacts** | Other Service Contacts not associated with a party on the case:<br><br>Baldemar Garcia (bgarcia@personwhitworth.com)<br><br>Edward Maddox (edward@benmadlaw.com)<br><br>adriana maddox (adriana@benmadlaw.com)<br><br>Carlos Zaffirini (cmz@zaffirini.com)<br><br>Fernando Sanchez (fasanchezjr@gmail.com)<br><br>Shirley Mathis (shirley@shirleymathis.com)<br><br>Arabella Delgado (zafflaw@zaffirini.com)<br><br>Guadalupe Castillo (gcast@zaffirini.com)<br><br>Adriana Bernal (abernal@personwhitworth.com) |

| Document Details | |
|---|---|
| **File Stamped Copy** | https://efile.txcourts.gov/ViewServiceDocuments.aspx?ADMIN=0&SID=c2156cfb-cff9-453e-8212-c361baa3d2c3&RID=52a8521f-e90d-4657-b099-11d0f903b410<br>This link is active for 7 days. |

Please do not reply to this email. It was generated automatically by eFileTexas.gov

**Adriana Bernal**

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Tuesday, October 06, 2015 12:46 PM |
| **To:** | Adriana Bernal |
| **Subject:** | eFileTexas.gov – Copy of Service - 7248717 |



# Copy of Service

### Envelope Number: **7248717**

This is a copy of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Court** | $$$courtname |
| **Case Number** | 2015CVQ003089D1 |
| **Case Style** | |
| **Date/Time Submitted** | 10/6/2015 12:45:00 PM |
| **Activity Requested** | Notice |
| **Filed By** | Baldemar Garcia |
| **Service Contacts** | Other Service Contacts not associated with a party on the case:<br><br>Baldemar Garcia (bgarcia@personwhitworth.com)<br><br>Edward Maddox (edward@benmadlaw.com)<br><br>adriana maddox (adriana@benmadlaw.com)<br><br>Carlos Zaffirini (cmz@zaffirini.com)<br><br>Fernando Sanchez (fasanchezjr@gmail.com)<br><br>Shirley Mathis (shirley@shirleymathis.com)<br><br>Arabella Delgado (zafflaw@zaffirini.com)<br><br>Guadalupe Castillo (gcast@zaffirini.com)<br><br>Adriana Bernal (abernal@personwhitworth.com) |

| Document Details | |
|---|---|
| **Lead File:** | $$$leaddocumentfilename |
| **Lead File Page Count:** | $$$leaddocumentpagecount |

1

| File Stamped Copy | https://efile.txcourts.gov/ViewServiceDocuments.aspx?ADMIN=0&SID=4f603de2-33d9-42a6-826f-6dc6c8a5391d&RID=52a8521f-e90d-4657-b099-11d0f903b410 <br> This link is active for 7 days. |
|---|---|

Please do not reply to this email. It was generated automatically by eFileTexas.gov

Filed
3/10/2015 9:58:32 AM
Esther Degollado
District Clerk
Webb District
2012CVQ000161D3

## CAUSE NUMBER 2012CVQ000161-D3

| | | |
|---|---|---|
| TEXAS COMMUNITY BANK, N.A. | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| vs. | § | |
| | § | |
| SHIRLEY HALE MATHIS, | § | 341ST JUDICIAL DISTRICT |
| TEMPORARY GUARDIAN OF | § | **(Transferred to 49th District Court)** |
| CARLOS Y. BENAVIDES, JR. IN CAUSE | § | |
| NO. 2011-PB6-00008-L2, AND | § | |
| LETICIA R. BENAVIDES | § | |
| Defendants | § | WEBB COUNTY, TEXAS |

| | | |
|---|---|---|
| LETICIA R. BENAVIDES | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| vs. | § | |
| | § | |
| SHIRLEY HALE MATHIS, TEMPORARY | § | 49TH JUDICIAL DISTRICT |
| GUARDIAN OF CARLOS Y. | § | |
| BENAVIDES, JR. IN CAUSE NUMBER | § | |
| 2011PB6000081-L2 (NOW PERMANENT | § | |
| GUARDIAN OF ESTATE); BBVA | § | |
| COMPASS BANK; MERRILL LYNCH, | § | |
| PIERCE, FENNER & SMITH, INC; | § | |
| CRISTINA B. ALEXANDER, AS | § | |
| PERMANENT GUARDIAN OF THE | § | |
| PERSON OF CARLOS Y. BENAVIDES, | § | |
| JR. IN CAUSE NO. 2011-PB6-00008-L2; | § | |
| CARLOS Y. BENAVIDES, III, TOMAS | § | |
| BENAVIDES, AND ANA B.GALO, AS | § | |
| CO-TRUSTEESOF THE BENAVIDES | § | |
| FAMILY MINERAL TRUST; RANCHO | § | |
| VIEJO CATTLE, LTD; BENAVIDES | § | |
| MANAGEMENT, LLC; AND CRISTINA | § | |
| B. ALEXANDER AND GUILLERMO | § | |
| BENAVIDES, THE MANAGERS OF | § | |
| BENAVIDES MANAGEMENT, LLC | § | |
| Defendants | § | WEBB COUNTY, TEXAS |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

**[On Breach of Contract and Declaratory Judgment Claims] Against Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides, Jr.**

1

On March 5, 2015, came on for hearing the Amended Traditional Motion for Partial Summary Judgment [On Breach of Contract and Declaratory Judgment Claims] Against Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides, Jr.

After considering the respective parties' motions, the pleadings, the responses, the replies, the objections filed by the parties to the summary judgment evidence, the affidavits, and all timely filed competent summary judgment evidence, the Court enters the following orders:

**IT IS ORDERERD, ADJUDGED AND DECREED** that the Amended Traditional Motion for Partial Summary Judgment [On Breach of Contract and Declaratory Judgment Claims] Against Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides, Jr., is hereby **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED, AND THE COURT DECLARES AS FOLLOWS:** (1) that Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides, Jr., agreed to pay Leticia R. Benavides temporary spousal maintenance in Cause Number 2012CVG001995-C1 in the County Court at Law Number 2 of Webb County, Texas entitled *In the Matter of the Marriage of Carlos Y. Benavides, Jr. and Leticia R. Benavides* ("the divorce action"); (2) that Mathis' agreement to pay temporary spousal maintenance is a Rule 11, T.R.C.P., agreement embodied in a document entitled "Temporary Orders" of

2

September 3, 2013, in the divorce action, which Mathis approved and consented to as to form and substance; (3) that Mathis agreed to pay Leticia R. Benavides, the sum of $12,500.00 per month beginning no later than July 11, 2013 and every 1ˢᵗ of the month thereafter until 30 days after a divorce decree is signed, or 30 days after an appeal is perfected, whichever is later; and, thereafter, the temporary order shall be governed by §6.709 of the Texas Family Code; (4) that payments were made by Mathis through February, 2014; (5) that Mathis, without order of any court, unilaterally stopped the payments on March 1, 2014; (6) that Mathis has not paid Leticia R. Benavides the agreed temporary spousal maintenance payments of $12,500.00 per month for the months of March, 2014 through March, 2015, which payments total $162,500.00 and is now due and owing; (7) that a divorce decree has not been signed nor has an appeal been perfected in the divorce action; (8) that Mathis' agreement to pay temporary spousal maintenance is a contractual agreement for spousal maintenance and does not manifest an intent that Mathis' obligation be governed by Chapter 6 or Chapter 8 of the Texas Family Code; (9) that no evidentiary hearing pursuant to Chapter 8 of the Texas Family Code was requested by Mathis nor was an evidentiary hearing conducted by the trial court on its own; (10) that the agreement is not court-ordered spousal maintenance governed by Chapter 6 or 8 of the Family Code because, in particular, there is no indication in the record that the trial court considered *all* of the statutory factors in determining

3

maintenance, it fails to set forth any of the criteria of Chapter 8, it fails to reference Chapter 8 of the Family Code, and it fails to follow that chapter's guidelines with respect to the amount of maintenance and the duration of the maintenance payments; (11) that the agreement of the parties is the sort of contractual maintenance obligation that is permitted outside of the context of Chapter 8 and is not a legal duty arising under Chapter 8 of the Family Code; (12) that Leticia R. Benavides is entitled to the payment by Mathis of agreed temporary spousal maintenance in the amount of $12,500.00 per month from March 1, 2014, when Mathis stopped payment and every 1st of each month thereafter until 30 days after a divorce decree is signed, or 30 days after an appeal is perfected, whichever is later and, thereafter, the temporary orders shall be governed by §6.709 of the Texas Family Code; and (13) that Leticia R. Benavides is entitled to injunctive relief, immediately enjoining Mathis from refusing to pay the agreed temporary spousal maintenance in the amount of $12,500.00 per month every 1st of each month until 30 days after a divorce decree is signed, or 30 days after an appeal is perfected, whichever is later, and, thereafter, that the temporary order shall be governed by §6.709 of the Texas Family Code.

The Court having declared the above and foregoing, it is accordingly,

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Leticia R. Benavides, have and recover judgment from and against Shirley Hale Mathis,

4

Permanent Guardian of the Estate of Carlos Y. Benavides, Jr., in the sum of $162,500.00, for and as agreed temporary monthly spousal maintenance due and owing for the months of March, 2014 through March, 2015, pursuant to the Rule 11, T.R.C.P., agreement embodied in a documented entitled "Temporary Orders" signed on September 3, 2013, in Cause Number 2012CVG001995-C1 in the County Court at Law Number 2 of Webb County, Texas, entitled *In the Matter of the Marriage of Carlos Y. Benavides, Jr. and Leticia R. Benavides.*

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides, Jr., is hereby immediately prohibited, restrained and enjoined from refusing to timely pay Leticia R. Benavides the agreed temporary spousal maintenance in the amount of $12,500.00 per month every 1st of each month until 30 days after a divorce decree is signed, or 30 days after an appeal is perfected, whichever is later, and, thereafter, that the temporary order shall be governed by §6.709 of the Texas Family Code, pursuant to the Rule 11, T.R.C.P., agreement embodied in a document entitled "Temporary Orders" signed on September 3, 2014, in Cause Number 2012CVG001995-C1 in the County Court at Law Number 2 of Webb County, Texas, entitled *In the Matter of the Marriage of Carlos Y. Benavides, Jr. and Leticia R. Benavides.*

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Leticia

R. Benavides' cause of action for breach of contract and for declaratory judgment against Shirley Hale Mathis, Permanent Guardian of the Estate of Carlos Y. Benavides, Jr., relating to the agreed temporary spousal maintenance in the divorce action, as described above, is hereby severed, and the court clerk is ordered to assign the severed action the separate cause number of **2012CVQ000161-D3A** on the docket of this court

    Signed on March _____, 2015.


                            _____
                            HON. JOSE A. LOPEZ
                            Presiding Judge
                            49th District Court
                            Webb County, Texas


**PREPARED BY, SUBMITTED BY, AND
REQUEST FOR ENTRY BY:**

**ZAFFIRINI AND CASTILLO**
Carlos M. Zaffirini, Sr.
Guadalupe Castillo
1407 Washington Street
Laredo, Texas 78040
Telephone: (956) 724-8355
Facsimile: (956) 727-4448
*Attorneys for Plaintiff, Leticia R. Benavides*

6